AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA

V.

WILLIAM PAUL GOSTKOWSKI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 7:10-MJ-1188

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Robert B. Jones, Jr.  |  USMJ
Name of Judge  |  Title of Judge

5/11/2011
Date